**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **CASE NUMBER: 22-42644-MXM** |
| §  | | |
| **MARISA KAY JOHNSON** § | | **CHAPTER 13** |
| §  | | |
| §  | | **COURT HEARING:  Thursday,** |
| **DEBTOR** §  | | **May 16, 2024 at 8:30 AM** |
| §  | | |

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL
AND NOTICE OF COURT HEARING**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2023-04.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$1,109.44**.

   **\*\*MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076\*\***

2. Due date is **May 10, 2024**.  Payments must be received by 4:00 PM.

   **FAILURE TO BRING ALL PAYMENTS CURRENT BY  MAY 10, 2024, OR FAILURE TO  RESOLVE THE DELINQUENCY ON THE CASE, SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

   **ANY WRITTEN OBJECTION OR RESPONSE MUST BE FILED WITH THE COURT AT <u>US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX 76102</u>.  ANY OBJECTION OR RESPONSE NOT RESOLVED WILL BE HEARD BY THE HONORABLE MARK X MULLIN ON May 16, 2024 8:30 am AT 501 W. 10TH STREET,  ROOM 128, FORT WORTH, TX  76102**

/s/ Tim Truman
Tim Truman, Trustee, State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

22-42644-MXM MARISA KAY JOHNSON

Page 2 of 2

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of Court Hearing" was served on the parties listed below in the manner listed below on or before April 26, 2024.

**BY FIRST CLASS MAIL:**

MARISA KAY JOHNSON, PO BOX 2041, FORT WORTH, TX 76244-0000

**ELECTRONIC SERVICE:**

LEE LAW FIRM PLLC, 8701 BEDFORD EULESS RD STE 510, HURST, TX 76053
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Trustee
State Bar# 20258000